An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLOS OTERO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61769

**FILED**

JUN 13 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Abbi Silver, Judge.

Appellant filed his petition on May 18, 2012, more than three years after the filing of his judgment of conviction on March 3, 2009.[2] Appellant's petition was therefore untimely filed. *See* NRS 34.726(1). Appellant's petition was also an abuse of the writ as he raised claims new and different from those raised in his prior petition.[3] NRS 34.810(2). Appellant's petition was therefore procedurally barred absent a demonstration of good cause and actual prejudice. *See* NRS 34.726(1); NRS 34.810(3). Appellant's claim that he was now raising these grounds

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]No direct appeal was taken.

[3]*Otero v. State*, Docket No. 57900 (Order Dismissing Appeal, September 15, 2011).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17376

because the federal court deemed them unexhausted did not demonstrate good cause. *See Hathaway v. State*, 119 Nev. 248, 252-53, 71 P.3d 503, 506 (2003); *Colley v. State*, 105 Nev. 235, 236, 773 P.2d 1229, 1230 (1989). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:     Hon. Abbi Silver, District Judge
        Carlos Otero
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk